Representative,                                                                                          4-2-25

Don't know if your accepting bribes like the Eastern Court is, but if so, just show this to those criminals and get paid to look the other way on this contract hit. Your welcome.

1:25-cv-054-H
FILED - USDC - NDTX - AB
APR 8 2025 PM 2:28

I am inappropriately confined on this unit (TDCJ Mission Statement Violation) and I am proving this; by enclosing the complaint filed. Everything is displayed and outlined in the complaint and the wardens response. This is beyond suspicious and the allegation brought forth is pretty accurate by me being assigned to this unit. This unit leads the offender death toll throughout Texas prisons and this complaint would suspect homicide charges against for the demised offenders. I have been requesting for a simple transfer, but I am being overrode by State Classification Committee in Huntsville; as I was or am gonna be murdered by a prison gang. Unsure which, but intelligent competence would substantiate a claim of at minimum; very suspicious. —

I am unsure how true it is, but it was recently brought to my attention that I am unknowingly and involuntarily a member of a criminal organization. I don't know/communicate with these criminals nor did I commit or be initiated into this alleged criminal organization I'm involved in. I'm hoping this membership is false, but if it is true; I want you to forward this to ALL law Enforcement Agencies that I told on myself only. Don't know the role I play in this alleged organization inquiry, but I wish to discontinue involvement in whatever part I was supposed and I ask that you save my life. I'm just trying to live my life; but if these rumors are true; my murder is not too far away. If bribery is accepted upon receiving this, I still pray god Blesses you. Please don't fall for the root of all evil, but lend a child of God aid and assistance. Thank you for your time, attention and cooperation in this life threatening, altering and/or changing matter. Good Future to you and God Bless Forever. #: CHRISTGANG
H.O.G - M.O.B

Michael Kennard Higgins           01923666                                    E-2-15
                                  Wainwright Unit - FA                        4-2-25

Grievance #: 2024066860. Code: 500. ID: I-2926

While under the acknowledgment and supervision of RN: Carly Kim, The Chief Dietitian, The Wainwright Unit Medical Department and the TDCJ Institutions Division C.I.D Directors; Major Lane and The Food Service Managers did knowingly and recklessly conspire amongst each other to commit theft of Government funds, break PD-22 rules # 7, 8, 13, 20, 23 and 29 and failed to abolish slavery or meet the TDCJ policied calorie requirement (2100-2700). This comes as I am constantly and continuously deprived, harbored, neglected and restricted from receiving my daily calcium, calorie, nutrient and vitamin intake needed to sustain life long-term. Malnourishment and starvation are displayed and proven as these employees violate the Managed health care therapeutic dietary policy and possibly steal items; that are ordered bi-weekly;; As these edibles are withheld from me. I am a State of Texas offender whom has work time on my TDCJ time sheet. This is all under their acknowledgment, safety and care as they seem to have a depraved heart toward human life and health. The scheduled menus that is posted daily would prove and substantiate these allegations. They are blatantly disregarding the United States Constitution of Human Rights Articles: 4, 5, 17, 23 and 30. Due to these facts brought henceforth on this State of Texas document; I am being starved and tortured in this TDCJ Institutions Division facility. Please investigate properly, professionally and thoroughly in this unconstitutional and unlawful matter.

— All information provided is correct and true to the best of my knowledge. —
*: Life Endangerment is hereby declared by Malnourishment and Starvation.*

Assistant Warden: Dwight Blackshire Signed 2-29-24
Response:
" This office has investigated your grievance. After reviewing the statement from staff, it was determined that meals being served are within guidelines set forth by food service. At no point in time does the Wainwright Unit food service deprive any inmate of their daily calories, violate any dietary policy and at no time do staff members steal from the food service orders. Therefore, your grievance has not been sustained. No further action is required by this office, and we will consider this step one grievance closed at this time."

Forethought: The reasoning this is not being enforced is because it would justify my transfer to another facility in another region. Due to my refusal to be a member of this organization (unknown) and participate with these criminals; This is a plain and simple prison murder. Whether by suicide or homicide, their goal is to take my life. A Background Investigation from 2019 to the present would bring you to the same conclusion. Please save a child of God. Thank you.

Michael Kennard Higgins       01923666                E-2-15
Michael Higgins               Wainwright Unit-F4      4-2-25



Michael Kenard Hixons - 1923066 - Hostage
2665 Jordan Motley BLVD
Lovelady, TX 75851
Wainwright Unit

NORTH TEXAS TX P&DC
DALLAS TX 750
4 APR 2025 AM 6 L

4-2-25

Northern District Court
341 Pine Street
Abilene, TX 79601

RECEIVED
APR - 8 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79601-584099

Legal Mail

James 4:15

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION