UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL KENNARD HIGGINS,
Institutional ID No. 1923666

    Plaintiff,

v.

UNNAMED WAINWRIGHT UNIT
OFFICIALS,

    Defendants.

No. 1:25-CV-00054-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated September 30, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge